IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTESIAN WATER COMPANY, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHESTER WATER AUTHORITY | : | No. 10-7453 |

## ORDER

AND NOW, this 24th day of July, 2012, upon consideration of Defendant's Motion for partial summary judgment (Docket Nos. 25 and 34)[1], all documents filed in connection therewith, and the Hearing held on December 15, 2011, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is DENIED.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.

---

[1]Defendant originally filed this Motion as a Motion for Summary Judgment as to all of Plaintiff's claims and Defendant's counterclaims. Defendant notified the Court in its Reply Brief (Docket No. 34), that it has amended its Motion to seek only partial summary judgment on a limited issue of contract interpretation. (CWA Reply Br. at 1.)